DESIGNATION OF CIRCUIT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT

WHEREAS, in my judgment the public interest so requires; NOW, THEREFORE, pursuant to 28 U.S.C. § 291(b), I do hereby designate and assign the Honorable L. Felipe Restrepo of the Court of Appeals to hold court in the District Court for the Eastern District of Pennsylvania beginning September 25, 2024, and ending March 24, 2025, and for such additional time thereafter as may be required to complete unfinished business.

s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated:  September 25, 2024